*Thomas Gagan, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ANTONIO MONTELIONE, Appellant.

*People* v. *Montelione,* 148 App. Div. 928, affirmed.
(Argued February 29, 1912; decided March 19, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1912, which affirmed a judgment

of the Kings County Court rendered upon a verdict convicting the defendant of the crime of attempted extortion.

*Thomas C. Whitlock* for appellant.

*James C. Cropsey, District Attorney (Hersey Egginton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.